IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TYRONZA WOODARD,**

    Plaintiff,

vs.                                     **CASE NO. 1:06CV23-MP/AK**

**EVAN SULLIVAN, et al,**

    Defendants.

_____/

**O R D E R**

It has come to the Court's attention that a motion seeking an extension of time to file a response to the motion for summary judgment was not ruled upon, (doc. 31), but that the response (doc. 32) has been filed and is being considered by the Court. Consequently, the motion to extend time (doc. 31) is **GRANTED NUNC PRO TUNC**, and the response (doc. 32) is considered timely.

**DONE AND ORDERED** this _11th_ day of September, 2007.

                            _s/ A. KORNBLUM_
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**